JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OSCAR JAVIER SANCHEZ-VAZQUEZ,<br>  aka "Oscar Javier Sanchez-Vasquez,"<br>  aka "Oscar Javier Sanchez,"<br><br>  Defendant. | Case No. 2:24-mj-00379-NJK<br><br>**Stipulation for an Order<br>Directing Probation to Prepare<br>a Criminal History Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for defendant OSCAR JAVIER SANCHEZ-VAZQUEZ, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the

1  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has
2  extended to the defendant a plea offer in which the parties would agree to jointly request an
3  expedited sentencing immediately after the defendant enters a guilty plea.
4          2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal
5  history until after the defendant enters his guilty plea unless the Court enters an order
6  directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of
7  a defendant's initial appearance when charged by indictment.
8          3.      The U.S. Probation Office informs the government that it would like to begin
9  obtaining the criminal history of defendants eligible for the early disposition program as
10 soon as possible after their initial appearance so that the Probation Office can complete the
11 Presentence Investigation Report by the time of the expected expedited sentencing.
12         4.      Accordingly, the parties request that the Court enter an order directing the
13 U.S. Probation Office to prepare a report detailing the defendant's criminal history.
14         DATED this 15th day of May, 2024.

                                                    Respectfully Submitted,

RENE L. VALLADARES                                  JASON M. FRIERSON
Federal Public Defender                             United States Attorney


*/s/ Rick Mula*                                     */s/ Justin Washburne*
Assistant Federal Public Defender                   JUSTIN J. WASHBURNE
Counsel for Defendant OSCAR                         Assistant United States Attorneys
JAVIER SANCHEZ-VAZQUEZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR JAVIER SANCHEZ-VAZQUEZ,<br>　　aka "Oscar Javier Sanchez-Vasquez,"<br>　　aka "Oscar Javier Sanchez,"<br><br>　　　　Defendant. | Case No. 2:24-mj-00379-NJK<br><br>**Order Directing Probation to<br>Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __15th__ day of May, 2024.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE